# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bush, Ronald E. | U.S. District Courts-Idaho | 11/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☒ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse/Federal Building
550 W. Fort Street
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Hawley Troxell Ennis & Hawley Retirement Plan account (no control) |
| 2. | 2008 | State of Idaho district judge retirement plan (no control) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. - Fed. Nat'l Mortgage Ass'n common stock, FNMA | | None | | | Sold | 04/20/11 | J | D | |
| 3. - VISA, Inc. Class A | | None | | | Sold | 04/20/11 | J | D | |
| 4. - Idaho Housing & Fin. revenue bond | A | Interest | J | T | | | | | |
| 5. - Am. Fund Growth Fund GFAM, AGTHX | | None | | | Sold | 04/20/11 | J | C | |
| 6. - Cash Management Trust of America | | None | | | Sold | 04/20/11 | K | | |
| 7. - American Fund: Income Fund of Am. AMECX | | Dividend | | | Sold | 04/20/11 | L | E | |
| 8. - Am. Muni. Income Port. XAA | | Dividend | | | Sold | 04/20/11 | L | E | |
| 9. - Am. Funds Cap. World Growth & Inc., CWGIX | A | Dividend | | | Sold | 04/20/11 | K | E | |
| 10. - JP Morgan, AMJ | A | Dividend | | | Sold | 08/19/11 | J | D | |
| 11. - Powershs DB Multisector Agriculture, DBA | A | Interest | J | T | | | | | |
| 12. - Powershs DB Commodity Index, DBC | A | Interest | J | T | Buy | 05/06/11 | J | | |
| 13. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 14. - SPDR Dow Jones Ind'l Avg., DIA | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 15. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 16. - MSCI Emrg. Mkt. FDE Merging Mrkts. Index Fund, EEM | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 17. - ISHARES MSCI EAFE FD Index Fund, EFA | A | Dividend | | | Buy | 05/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/03/11 | J | C | |
| 19. | | | | | Sold | 08/04/11 | J | D | |
| 20. - ISHARES JP Morgan USD Emerging, EMB | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 21. - ISHARES MSCI Australia Index Fund, EWA | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 22. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 23. - ISHARES MSCI Canada Index Fund, EWC | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 24. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 25. - ISHARES MSCI Brazil Free Index Fund, EWZ | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 26. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 27. - ISHARES FTS EChina 25 Index Fund, FXI | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 28. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 29. - ISHARES Russell 2000 Index Fund, IWM | A | Dividend | | | Buy | 05/06/11 | J | | |
| 30. | | | | | Sold | 08/04/11 | J | D | |
| 31. - ISHARES US Energy Sector Index Fund, IYE | A | Dividend | | | Buy | 05/06/11 | J | | |
| 32. | | | | | Sold | 08/04/11 | J | C | |
| 33. - ISHARES Morningstar Large Core Index Fund, JKD | A | Dividend | J | T | Buy | 05/06/11 | K | | |
| 34. | | | | | Sold (part) | 06/03/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 36. - SPDR Barlay's Capital High Yield Bond, JNK | A | Dividend | J | T | Buy | 05/06/11 | K | | |
| 37. | | | | | Sold (part) | 08/04/11 | J | D | |
| 38. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 39. - SPDR Dow Jones, RWR | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 40. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 41. - Barclays Tips Bond Fund, TIP | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 42. - Vanguard Info. Technology, VGT | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 43. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 44. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 45. - Vanguard Industrials, VIS | | None | | | Buy | 05/06/11 | J | | |
| 46. | | | | | Sold | 08/04/11 | J | C | |
| 47. - Pimco Exchange Traded Fund 1-5 yr US TIPS Index, STPZ | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 48. - Health Care Providers Index Fund, IHF | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 49. - Medical Devices Index Fund, IHI | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 50. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 51. - Global X Norway ETF, NORW | | None | J | T | Buy | 06/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 53. - IBoxx Investop Corp., LQD | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 54. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 55. - SPDR Util. Select Shares of Beneficial Int., XLU | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 56. - US Telecom Dow Jones, IYZ | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 57. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 58. - MSCI Switzerland Index Fund, EWL | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 59. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 60. - MSCI ETF High Dividend Equity Fund, HDV | A | Distribution | J | T | Buy | 11/15/11 | J | | |
| 61. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 62. Beneficial Bank IRA Account (cash equivalent) | | None | | | Closed | 04/20/11 | J | | |
| 63. Bank of Idaho account | | None | | | Closed | 04/20/11 | J | | |
| 64. US Bank accounts | A | Interest | L | T | | | | | |
| 65. Federal Credit Union account | A | Interest | J | T | | | | | |
| 66. Hawley Troxell Ennis & Hawley Retirement Plan | A | Interest | | | Distributed | 7/1/11 | N | | |
| 67. New York Life life insurance policy | A | Dividend | J | T | | | | | |
| 68. U.S. Savings Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IBM (UGTMA held for benefit ___) | B | Dividend | M | T | | | | | |
| 70. Bank of Commerce common stock | A | Dividend | J | T | | | | | |
| 71. Charles Schwab Investment Account | C | Dividend | M | T | Open | 04/19/11 | M | | |
| 72. Pepco common stock | A | Dividend | J | T | | | | | |
| 73. AMC Government Sec. Fund | A | Dividend | J | T | | | | | |
| 74. MDU Resources common stock | A | Dividend | J | T | | | | | |
| 75. Am. Funds Growth Fund of Am. | A | Dividend | | | Sold | 04/20/11 | J | | |
| 76. Idaho "IDEAL" 529 College savings fund (state sponsored) | B | Dividend | L | T | Redeemed (part) | 08/12/11 | K | | |
| 77. Am. Funds VCSP College Am 529 - select level of risk only | B | Dividend | L | T | | | | | |
| 78. Am. Funds Cap. World Growth & Income ___ college savings) | A | Dividend | | | Sold (part) | 04/20/11 | J | | |
| 79. | | | | | Sold | 04/28/11 | J | | |
| 80. J.A. Eggleson Farms, Inc. (___ business - 1/7 ownership) | A | Dividend | M | U | | | | | |
| 81. Bank of Idaho Comon Stock | | None | J | T | | | | | |
| 82. Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 83. General Electric common stock | A | Dividend | J | T | | | | | |
| 84. Microsoft common stock | A | Dividend | J | T | | | | | |
| 85. Brokerage Account #2 ___ college savings) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - IBoxx Investop Corp, LQD | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 87. - MSCI ETF High Dividend Equity, HDV | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 88. Brokerage Account #3 ( college savings) | | | | | | | | | |
| 89. - Spdr Dow Jones, RWR | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 90. - MSCI EAFE Index Fund, EFA | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 91. - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 92. - Morningstar Large Core Index Fund, JDK | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 93. - Barclays Bond 1-3 yr Credit, CSJ | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 94. Brokerage Account #4 ( college savings) | | | | | | | | | |
| 95. - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 96. - Barclays Bond 1-3 yr credit, CSJ | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 97. - MSCI EAFE Index Fund, EFA | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 98. - SPDR Dow JOnes, RWR | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 99. - Morningstar Large Core Index Fund, JKD | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 100. Brokerage Account #5 (retirement) | | | | | | | | | |
| 101. - Vanguard Info. Tech., VGT | A | Dividend | J | T | Buy | 07/28/11 | K | | |
| 102. | | | | | Buy (add'l) | 08/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/21/11 | J | | |
| 104.  - Global X Norway ETF 30, NORW | | None | J | T | Buy | 7/28/11 | J | | |
| 105. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 106.  - SPDR Barclay's Capital HIgh Yield Bond, JNK | A | Dividend | J | T | Buy | 07/28/11 | K | | |
| 107. | | | | | Sold (part) | 08/04/11 | K | | |
| 108.  - Dow Jones US Telecom, IYZ | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 109. | | | | | Sold (part) | 10/21/11 | J | | |
| 110.  - US Energy Sector Index Fund, IYE | | None | | | Buy | 07/28/11 | J | | |
| 111. | | | | | Sold | 08/04/11 | J | | |
| 112.  - Medical Devices Index Fund, IHI | A | Dividend | | | Buy | 07/28/11 | J | | |
| 113. | | | | | Sold | 10/21/11 | J | | |
| 114.  - MSCI Canada Index Fund, EWC | | None | | | Buy | 07/28/11 | J | | |
| 115. | | | | | Sold | 10/21/11 | J | | |
| 116.  - TR Russell 2000 Index Fund, IWM | | None | | | Buy | 07/28/11 | J | | |
| 117. | | | | | Sold | 08/04/11 | J | | |
| 118.  - POWERSHS DB Multi Sector Agriculture, DBA | | None | | | Buy | 07/28/11 | J | | |
| 119.  - Healthcare Providers Index Fund, IHF | A | Dividend | J | T | Buy | 07/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 121. | | | | | Sold (part) | 11/15/11 | J | | |
| 122.  - Vanguard Industrials, VIS | | None | | | Buy | 07/28/11 | J | | |
| 123. | | | | | Sold | 08/04/11 | J | | |
| 124.  - PIMCO Exch Traded Fund 1-5 yr US TIPS Index, STPZ | A | Dividend | K | T | Buy | 07/28/11 | K | | |
| 125. | | | | | Buy (add'l) | 10/21/11 | K | | |
| 126.  - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | Buy | 07/28/11 | J | | |
| 127. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 128.  - TR MSCI EAFE INDEX FUND, EFA | | None | | | Buy | 07/28/11 | K | | |
| 129. | | | | | Sold | 08/04/11 | J | | |
| 130.  - FTSE China 25 Index Fund | | None | | | Buy | 07/28/11 | J | | |
| 131. | | | | | Sold | 10/21/11 | J | | |
| 132.  - SPDR Dow JOnes Industrial Avg ETF, DIA | A | Dividend | K | T | Buy | 07/28/11 | K | | |
| 133. | | | | | Sold (part) | 10/21/11 | J | | |
| 134.  - POWERSHS DB Commodity Index, DBC | | None | J | T | Buy | 07/28/11 | K | | |
| 135. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 136.  - JP Morgan USD Emerging, EMB | A | Dividend | J | T | Buy | 07/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/21/11 | J | | |
| 138.  - SPDR DOW JONES REIT, RWR | A | Dividend | K | T | Buy | 07/28/11 | K | | |
| 139. | | | | | Sold (part) | 10/21/11 | J | | |
| 140.  - TR Barclay's Tips Bond Fund, TIP | A | Dividend | J | T | Buy | 07/28/11 | J | | |
| 141. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 142.  - Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Buy | 07/28/11 | K | | |
| 143. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 144.  - MSCI Australia Index Fund, EWA | A | Dividend | J | T | Buy | 07/28/11 | J | | |
| 145.  - MSCI Brazil Free Index Fund, EWZ | | None | | | Buy | 07/28/11 | J | | |
| 146. | | | | | Sold | 10/21/11 | J | | |
| 147.  - JP MorganExch Traded Ntalerian MLP, AMJ | | None | | | Buy | 07/28/11 | K | | |
| 148. | | | | | Sold | 08/19/11 | J | | |
| 149.  - IBoxx Investop Corp, LQD | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 150.  - Sector SPDR Util. Select Shares of Beneficial INt., XLU | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 151. | | | | | Sold (part) | 10/21/11 | J | | |
| 152.  - MSCI Switzerland Index Fund, EWL | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 153. | | | | | Buy (add'l) | 10/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - SPDR Series Trust DB Int'l Gov't Infla., WIP | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 155. - MSCI High Dividend Equity Fund, HDV | A | Dividend | J | T | Buy | 11/15/11 | J | | |
| 156. Brokerage Account #6 (J.A. Eggleson Farms, Inc.) | | | | | | | | | |
| 157. - Boise State Univ. Revenue Bond | A | Interest | J | T | | | | | |
| 158. - Am. Fund Cap. World Growth & Income, CWGIX | | | | | Sold | 05/02/11 | M | | |
| 159. - Am. Fund Growth Fund of America, Class A, AGHX | | | | | Sold | 05/02/11 | K | | |
| 160. - Am. Fund, Cap. Income, Class A, CAIBX | | | | | Sold | 05/02/11 | K | | |
| 161. - Prudential Preferred , PUK+ | | | | | Sold | 05/02/11 | K | | |
| 162. - Am. Select Port., SLA | A | Dividend | | | Sold | 05/02/11 | J | | |
| 163. - JP Morgan Exch. Traded Ntalerian MLP, AMJ | A | Dividend | | | Buy | 05/06/11 | J | | |
| 164. | | | | | Sold | 08/19/11 | J | | |
| 165. - POWERSHS DB multi sector agricultural, DBA | | Interest | K | T | Buy | 05/06/11 | J | | |
| 166. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 167. - POWERSHS DB COMMODITY INDEX | | None | K | T | Buy | 05/06/11 | J | | |
| 168. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 169. - SPDR Dow Jones Indust. Avg. ETF, DIA | A | Dividend | K | T | Buy | 05/06/11 | K | | |
| 170. | | | | | Sold (part) | 10/21/11 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/31/11 | J | | |
| 172. - ISHARES MSCI Emerg. Markets Index Fund, EEM | A | Dividend | K | T | Buy | 05/06/11 | J | | |
| 173. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 174. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 175. - ISHARES TR MSCI EAFE FD INDEX FUND, EFA | A | Dividend | | | Buy | 05/06/11 | K | | |
| 176. | | | | | Sold (part) | 06/03/11 | J | | |
| 177. | | | | | Sold | 08/04/11 | J | | |
| 178. - ISHARES Trust ETF JP Morgan USD Emerging, EMB | A | Dividend | K | T | Buy | 05/06/11 | J | | |
| 179. | | | | | Sold (part) | 10/21/11 | J | | |
| 180. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 181. - ISHARES MSCIAustralia Index Fund, EWA | A | Dividend | J | T | Buy | 05/06/11 | J | | |
| 182. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 183. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 184. - ISHARES MSCI Canada Index Fund, EWC | A | Dividend | | | Buy | 05/06/11 | J | | |
| 185. | | | | | Sold | 10/21/11 | J | | |
| 186. - ISHARES MSCI Brazil Free Index Fund, EWZ | A | Dividend | | | Buy | 05/06/11 | J | | |
| 187. | | | | | Sold | 10/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - ISHARES FTSE China 25 Index Fund, FXI | A | Dividend | | | Buy | 05/06/11 | J | | |
| 189. | | | | | Sold | 10/21/11 | J | | |
| 190. - ISHARES TR RUSSELL 2000 Index Fund, IWM | A | Dividend | | | Buy | 05/06/11 | J | | |
| 191. | | | | | Sold | 08/04/11 | J | | |
| 192. - ISHARES U.S. Energy Sector Index Fund, IYE | A | Dividend | | | Buy | 05/06/11 | J | | |
| 193. | | | | | Sold | 08/04/11 | J | | |
| 194. - ISHARES Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Buy | 05/06/11 | K | | |
| 195. | | | | | Sold (part) | 06/03/11 | J | | |
| 196. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 197. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 198. - SPDR Barclays Capital HIgh Yield Bond ETF, JNK | A | Dividend | K | T | Buy | 05/06/11 | K | | |
| 199. | | | | | Sold (part) | 08/04/11 | J | | |
| 200. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 201. - SPDR DOW JONES REIT, RWR | A | Dividend | J | T | Buy | 05/06/11 | K | | |
| 202. | | | | | Sold (part) | 10/21/11 | J | | |
| 203. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 204. - ISHARES TR Barclay's Tipsbond Fund, TIP | A | Dividend | K | T | Buy | 05/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 206. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 207. - Vanguard Info. Tech., VGT | A | Dividend | K | T | Buy | 05/06/11 | J | | |
| 208. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 209. | | | | | Sold (part) | 10/21/11 | J | | |
| 210. - Vanguard Industrials, VIS | | None | | | Buy | 05/06/11 | J | | |
| 211. | | | | | Sold | 08/04/11 | J | | |
| 212. - PIMCO Exchange Traded Fund, 1-5 yr US Tips Index, STPZ | A | Dividend | K | T | Buy | 05/06/11 | K | | |
| 213. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 214. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 215. - ISHARES Healthcare Providers Index Fund, IHF | A | Dividend | K | T | Buy | 06/03/11 | J | | |
| 216. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 217. | | | | | Sold (part) | 11/15/11 | J | | |
| 218. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 219. - ISHARES Medical Devices Index Fund, IHI | A | Dividend | | | Buy | 06/03/11 | J | | |
| 220. | | | | | Sold | 10/21/11 | J | | |
| 221. -GlobalX Norway 30 ETF, NORW | | None | J | T | Buy | 06/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 223. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 224. - ISHARES IBOXX Investop Corp., LQD | A | Dividend | K | T | Buy | 08/04/11 | J | | |
| 225. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 226. - SPDR Util. Select Shares of Beneficial Int., XLU | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 227. | | | | | Sold (part) | 10/21/11 | J | A | |
| 228. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 229. - ISHARES US Telecom Dow Jones, IYZ | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 230. | | | | | Sold (part) | 10/21/11 | J | | |
| 231. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 232. - ISHARES MSCI Switzerland Index Fund, EWL | A | Dividend | K | T | Buy | 08/04/11 | J | | |
| 233. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 234. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 235. - SPDR Series Trust DB Int'l Gov't Infla., WIP | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 236. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 237. -ISHARES MSCI ETF High Dividend Equity Fund | A | Dividend | K | T | Buy | 11/15/11 | J | | |
| 238. | | | | | Buy (add'l) | 12/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bush, Ronald E.** | 11/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I; Line 1:  I am the president and a director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation.  I have been an officer and director for over 20 years.  The stock of the company is entirely owned                          .  I accept no fees for my work as an officer or director of the corporation.

Section II; Line 1:  The "Hawley Troxell Ennis & Hawley Retirement Plan" is a plan in which my interest was indirect and has a large number of participants who cannot direct their investments, other than to select level of risk.  I had no control over any part of the plan.  It qualifies as a "common investment" fund.  All assets from this fund were transferred directly into Brokerage Account #5 (an IRA) in April of 2011.  At the time of the filing of this report, I no longer hold any interest in this plan.

Section VII; Line 4:  The Idaho Housing and Finance Bond was listed on Line 33 of the 2010 report.  This bond has been transferred to Brokerage Account #1.

Section VII; Line 8:  This holding was listed on Line 26 of the 2010 report, but was transferred into Brokerage Account #1 before it was sold.

Section VII; Line 9:  This holding was listed separately from Brokerage Account #1 in the 2010 report on Line 20 of Section VII and was transferred into Brokerage Account #1 before it was sold.

Section VII; Line 10: This holding was listed on Line 19 of the 2010 report but was transferred into Brokerage Account #5 before it was sold.

Section VII; Line 66:  This retirement account was rolled over directly into an IRA account, the holdings of which are now listed in Brokerage Account #5 (starting at Line 101).

Section VII; Lines 63-67:  These items were listed on Lines 10-14 of the 2010 report.

Section VII; Line 68: This savings bond was inadvertently omitted from 2010 report.

Section VII; Line 71:  This line reports dividends earned in Brokerage Account #1.  In 2011 I switched the brokerage handling the assets in that account.  There were no reportable dividends from that account in 2010.

Section VII; Line 156:  Some of the holdings in Brokerage Account #6 were listed separately in the 2010 report, before they were consolidated in this brokerage account.

Section VII; Lines 157, 160-162: The Boise State University Revenue Bond and the funds listed on these lines (CAIBX, PUK+, and SLA), were in a brokerage account held by J.A. "Bert" Eggleson Farms, Inc (listed in this report as Brokerage Account #6).  That account previously had reinvestment trading activity only,

prior to a change in brokerages that occurred in 2011, and those particular assets were inadvertently overlooked when preparing the 2010 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 11/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544